FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC 21 PM 1:07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CRYSTAL PIERRE | ) |
|      Plaintiff, | ) Civil Action |
|   v. | ) |
| | ) NO. _____ |
| STANLEY C. KOTTEMANN, | ) |
| Individually and as President of | ) |
| STANLEY C. KOTTEMANN, JR. & ASSOCIATES, | ) |
| a Professional Law Corporation, | ) |
| TELERECOVERY OF LOUISIANA, INC., | ) SECTION |
| TELERECOVERY OF KENNER, L.L.C. | ) |
| PARASOL BUSINESS SERVICES, INC. D/B/A | ) MAGISTRATE |
| TELERECOVEY OF LOUISIANA, INC. | ) |
| AND WANDA JACKSON | ) |
|      Defendants | ) |
| | ) |

**04-3464**

**SECT. T MAG. 2**

COMPLAINT
JURY TRIAL DEMANDED

## I.  *Introduction*

This is an action for damages brought by an individual

consumer for Defendants' violations of the Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, *et seq.*

(hereinafter "FDCPA") and under the Louisiana Codes,

Statutes and laws, which prohibit debt collectors from

engaging in abusive, deceptive, and unfair practices.

## II.  *Jurisdiction*

Jurisdiction of this Court arises under 15 U.S.C. §

1692k(d) & 1693,  28 U.S.C. § 1337, and supplemental

jurisdiction exists for the state law claims pursuant to 28

U.S.C. § 1367.

-1-



### III. *Parties*

Plaintiff, Crystal Pierre, is a natural persons residing in Natalbany, La.; and a "consumer" as defined by 15 U.S.C.1692a(3).

Defendant, STANLEY C. KOTTEMANN individually (hereinafter "KOTTEMANN") is an attorney and President of Professional Law Corporation of STANLEY C. KOTTEMANN, JR. & ASSOCIATES (hereinafter "LAW FIRM"] whose principal place of business located at 3800 Florida Ave., Suite 201, Kenner, Louisiana 70065.    TELERECOVERY OF LOUISIANA, INC. is A domestic corporations whose principal place of business located at 3800 Florida Ave., Kenner, La. 70065.

TELERECOVERY OF KENNER, L.L.C. is a domestic corporations whose principal place of business located at 3800 Florida Ave., Suite 203 Kenner, La. 70065.
PARASOL BUSINESS SERVICES, INC. D/B/A TELERECOVEY OF LOUISIANA, INC. is a domestic corporations whose principal place of business located at 3800 Florida Ave., Suite 202, Kenner, La. 70065.

Defendant, WANDA JACKSON, is an adult individual who was a non-attorney employee/agent for all of the other defendants listed above.

All defendants are "debt collectors" as defined by 15 U.S.C. 1692a(6)because their principal business purpose is the regular collection of consumer debts alleged to be due

-2-

another by using the mails, internet and telephone; and all
defendants are acting in concert at all times relevant to
this action.

### IV.   *Factual Allegations*

1.    On or about *OCTOBER 15, 2004*, Defendants sent plaintiff
their first collection letter to her home concerning a
consumer debt for Data Services Radiology in the amount of
$3,465.00. The letter didn't contain a validation notice.
That letter is attached as a part of this Complaint as
Exhibit "A".

2.    The letter stated that it was sent to Plaintiff by
Defendant JACKSON as the **Law Firm's Representative**; and
demanded that Plaintiff **immediately contact Defendant
Jackson [Law Firm Representative] as it is important that
payment arrangements be made as soon as possible.**

3.    The letter also advised the Plaintiff that she could
**Pay on-line at Kottemannlaw.com.**; but when the wet site is
accessed to **Pay Bills Online** the consumer debtor is set to
WebAR-Payment Services Login for **TeleRecovery.** Then when the
Account Number on Collection Notice and Zip Code on
Collection Notice are entered the consumer debtor is sent to
defendant's **Telerecovery of Louisiana, Inc.** wed site. At that
site both consumer debtors can make payments and defendants'
clients can login and learn of the status of their accounts.

-3-

For payments my mail, the consumer debtors are directed to
send their payments directly to defendants TeleRecovery at
P.O. Box 641090, Kenner, La.  70064. See attached Exhibit B-
1 to B-4 which are made a part of this Complaint.

4.    Upon information and belief, defendants are acting in
concert and are using the implied threat of further legal
action
by an attorney if immediate steps are not taken to pay this
debt.

5.    Upon information and belief, defendant JACKSON is not
an attorney licensed to practice in the State of Louisiana;
but the  manner in which defendant JACKSON was ~~to~~ portrayed GAVE
the impression that JACKSON was an attorney; and that
further legal action would probably follow if the Plaintiff
didn't immediately make arrangements to pay the debt.

6.    The October 15, 2004 letter, written on law office
letterhead, facilitated JACKSON's ability to pose as a
lawyer and make illegal demands by deceptive threats of
legal consequences to Plaintiff.

7.    The October 15, 2004 letter is deceptive because it may
**lead the least sophisticated consumer to believe that the
letter was authored and sent by a licensed attorney.**

8.    Upon information and belief, Stanley C. Kottemann, Jr.
developed and approved the practice of allowing non-attorney

-4-

employees to send out demand letters on his professional law
firm stationary.

9.   Upon information and belief, all defendants were acting
in concert at all times relevant to this action; and were
personally aware of the actions listed above.

10.  The alleged debt arose out of transactions primarily
for personal, family or household purposes; and as a result
of the acts alleged above, Plaintiff has suffered
embarrassment and mental anguish.

11.  Upon information and belief, the defendants have sent
form letters similar to the October 15, 2004 letter to at
least several hundred consumers in Louisiana within a year
of sending the October 15, 2004 letter to Plaintiff.

12.  Prior to this suit being filed, defendant STANLEY C.
KOTTEMANN, JR. & ASSOCIATES was sent a fax letter which they
received on November 3, 2004 which letter and confirmation
is attached to this Complaint as Exhibit "C-1".  That fax
letter put defendant on notice that a class action was being
considered against the defendants for the apparent
violations of the FDCPA [Fair Debt Collection Practice Act]
in their October 15, 2004 letter to Plaintiff.  In the fax
letter, defendants is requested to admit or
deny the following facts:

    1]   your letter on its face violates the Fair Debt
         Collection Practice Act;

-5-

2] your office regularly conducts and is involved in the collection of consumer debts through the U.S. Mail services;

3] the letter that was sent to Ms. Pierre appears to be a form letter that your office regularly uses to collect consumer debts; and

4] apparently you are hired by many health care providers [especially Radiology groups] to collect their consumer debts.

13. In that fax letter defendants were warned that their failure to respond to the requests would be taken as an admission of all of the four facts listed above.

14. Almost immediately after the fax letter was sent, an individual who identified himself as STANLEY KOTTEMANN called undersigned counsel and GAVE VERBAL acknowledgment of the receipt of that fax letter; and this defendant was requested to respond in writing to the requests in the fax letter.

15. On November 4, 2004, defendant KOTTEMANN sent a fax letter to counsel for Plaintiff acknowledging receipt of the fax letter; and several other letters were exchanged between counsel. However, defendant never denied any of the facts listed in the November 3, 2004 fax letter [Ex. C-1]. See attached Exhibits "C-2, C-3, C-4 and C-5" which are being made a part of this Complaint.

16. Based on information and belief and all of the above facts, admissions and documents listed above together with the Corporation Data listed with the Louisiana Secretary of State [See attached as Exhibit "D" and is being made a part

-6-

of this Complaint], all defendants were personal aware
and/or participated in the intentional, improper and/or
illegal actions of the other defendants; and due to their
relationships with each other are vicariously liable for the
actions of each other.

V.   <em>First Claim for Relief</em>

Plaintiff repeats and incorporates all above paragraphs
in this claim for relief and states that Defendants have
violated the FDCPA by those above acts listed above; and the
violations include, but are not limited to, the following:

(a)   The use of false representations or deceptive
means to collect or attempt to collect a debt by
Defendants is a violation 15 U.S.C. § 1692e and
e(10).

(b)   The false representation or inference that the
collection/attorney letter was a communication was
from an attorney, in violation of 15 U.S.S.
1692e(3).

(c)   The use of unfair or unconscionable means to
collect or attempt to collect a debt, in violation
of 15 U.S.S. 1692f(1).

(d)   The failure of the defendants to provide Plaintiff
with a validation notice in their initial contact
or within five days of the initial contact, in
violation of 15 U.S.S. 1692g(a).

-7-

(e) Even if the defendants' letters would have contained a VALIDATION NOTICE, the words used would have overshadowed any such validation notice because it would have confused, mislead and/or prevented the **_least sophisticated consumer_** from understanding and exercising their rights entitled under the FDCPA; and the letters violated 15 U.S.C. § 1692e.

(f) As a result of the above violations of the FDCPA, the Defendants are liable to the Plaintiff in the sum of Plaintiff's actual damages, statutory damages, punitive damages, injunctive relief, costs and  attorney's fees.

VI.  *Second Claim for Relief*

Plaintiff repeats and incorporates by reference all paragraphs above; and Defendants actions also violate state laws which include, but are not limited to, the following:

(a) The Defendants are liable to plaintiff under LSA-C.C. Art.§ 1953 et seq., 2315, 2316, 2317, 2320, and 2324 by their intentionally misrepresentations as to their rights to collect a debt which Plaintiff was not legally obligated to pay; and to intimidate the Plaintiff into disregarding her rights under the law to dispute the debt.

-8-

(b)     The Defendants are liable to plaintiff under LSA-
        C.C. Art.§ 1953 et seq., 2315, 2316, 2317, 2320,
        and 2324 by their intentionally misrepresentations
        that WANDA JACKSON was an attorney with the LAW
        FIRM of KOTTEMANN; and by defendants use of the
        LAW FIRM letterhead to intimidate the Plaintiff
        into pay a debt fearing that further legal action
        would be taken against her if **immediate payment
        arrangements** were not made.

(c)     The Defendants' actions are not violate the law of
        this state but public policy as well by the
        improper collection methods describe above used by
        defendants in collecting a consumer debt; and
        Defendants' acts as described above were done
        intentionally with the purpose of coercing
        Plaintiff to pay the alleged debt; and defendants'
        are solidary and jointly liable for all of the
        intentional or willful acts listed above or
        determined from the facts of this case pursuant to
        La. C. C. Article 2324.

(d)     As a result of the above violations of the state
        Act, the Defendant is liable to the Plaintiff in
        the sum of Plaintiff's actual damages, statutory
        damages, and attorney's fees and costs.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendants in the amount of:

    (a)   actual damages;

    (b)   statutory damages pursuant to 15 U.S.C. § 1692k.

    (c)   costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k and state law and LSA-C.C. Art. 1964, 1997, 1998, 2315 and/or 2317.

    (d)   for such other and further relief as may be just and proper as deemed appropriate by these facts under any law provision.

DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

Respectfully Submitted:

JOSEPH G. ALBE, LA. BAR #16782
MAILING ADDRESS: P.O. BOX 19966
NEW ORLEANS, LA.   70179
PHYSICAL ADDRESS: 2331 CANAL ST.
NEW ORLEANS, La.   70119
Tel: (504) 488-5177
Fax: (504) 488-5174

-10-

**STANLEY C. KOTTEMANN, JR. & ASSOCIATES**
A Professional Law Corporation
3800 FLORIDA AVE., SUITE 201
KENNER, LA 70065
TELEPHONE (504) 456-1491
TOLL FREE 1-(877) 456-1091

S C KOTTEMANN *

Also admitted in Texas

October 15, 2004

Crystal Pierre
Po Box 383
Natalbany LA 70451

Re : Data Service Radiology Fp
File Number          : 5079167
Law Firm Representative : Ms. Wanda Jackson
Total Amount Due     : $3465.00

Your account has been transferred to this office. In reviewing this file, I have found that payment arrangements may have not been offered In order to'provide you with an opportunity to pay this debt, please select one of the following payment arrangements and send your payment to us in the enclosed envelope.

     ----- Payment in full is enclosed
     ----- 2 Payments- 1/2 enclosed, 1/2 within 30 days
     ----- 1/2 Enclosed and the balance in 2 equal monthly payments within 60 days.

Please contact me immediately as it is important that payment arrangements be made as soon as possible. Also note that I can arrange for you to pay your account using Visa, Mastercard, Discover, and American Express charge cards as well as an automatic debit from your checking account or Western Union Quick Collect

You may contact me at **(504) 456-1491 or toll free at 1-(877) 456-1091.** Or you may pay on-line at Kottemannlaw.com by entering your account #: 5079167 and password 70451.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector

| Creditor | Amount | Interest | Fees | Total |
|---|---|---|---|---|
| Data Service Radiology Fp | 3,465.00 | 0.00 | 0.00 | 3,465.00 |
| Total | 3,465.00 | 0.00 | 0.00 | 3,465.00 |

------------------------------------------------------ Detach and Return with Payment ----------------------------------------------------------

P O. Box 640787
Kenner, LA 70064-0787

Return Service Requested

IF PAYING BY VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER , FILL OUT BELOW

☐ VISA   ☐ MASTERCARD   ☐ AMER. EXP   ☐ DISCOVER

CARD NUMBER                          AMOUNT

SIGNATURE                            EXPIRATION DATE

Pay on-line at Kottemannlaw.com
Account #: 5079167 Password: 70451

If you wish to pay by credit card, please enter the requested information in the spaces provided.

**PERSONAL & CONFIDENTIAL**          5079167
Crystal Pierre
Po Box 383
Natalbany LA 70451

Stanley C. Kottemann, Jr. & Assoc.
P.O. Box 640787
Kenner, LA 70064-0787

# Stanley C. Kottemann, Jr. & Associates

Paying your overdue bills has never been easier.

Have your account number handy.
Pay with a Credit or Debit Card.

B-1

KottemannLaw.Com

Pay Bills Online

β-2

# TeleRecovery

## Payment Services
# Login

### Account Number On Collection Notice

### Zip Code On Collection Notice

We are a debt collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Copyright © 2002-2004 TeleRecovery, All Rights Reserved.
WebAR™ is a registered trademark of the InterProse Consulting Group, Inc.

INTERPRC
People  knowledge  technology

B - 3



**To make a payment enter your account number and password provided on the recent correspondence you received. Click the image to the right to login and make a payment.**

**Make Payment**

---

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**

---

Click the image to the right to go to the login page. Please enter your Client Number and Client Password to login.

**Client Login**

---

**This is an attempt to collect a debt. Any information obtained will be used for that purpose. This communication is from a debt collector.**

Copyright © 2002-2004  TeleRecovery , All Rights Reserved.
WebAR ™ is a registered trademark of the  InterProse Consulting Group, Inc.

INTERPRO

B-4

# JOSEPH G. ALBE
## ATTORNEY AT LAW
P. O. Box 19966, New Orleans, Louisiana 70179 *(Mailing Address)*
Louisiana Tel:   (504) 488-5177, Fax: (504) 488-5174
Mississippi Tel: (228 ) 467-6211, Fax  (228) 467-6270
Licensed in Louisiana & Mississippi

## Fax Memo:

To::        Stanley C. Kottemann, Jr. & Assoc.        Date:   11/3/04
Fax#:       504-455-1565                              Pages: 1      (including cover sheet)

From:       Joseph G. Albe

Subject:    Crystal Pierre, Your Acc.No. 5079167

COMMENTS:

   I represent the interests of Ms. Pierre and on her behalf we dispute that Ms. Pierre owes
the entire debt to Data Service Radiology in the amount of $ 3,464.00.  That medical expense
was incurred in a work related injury and Ms. Pierre's employer is responsible for the payment of
that bill.  I would request verification of the debt from your client.  Also I would request to be
provided with a copy of all correspondence that has been sent to Ms. Pierre by either your office,
by TeleRecovery or Data Service Radiology concerning this debt.  We also need to know if there
was any attempt to collect this debt from the employer or the workers compensation carrier.

   I have reviewed your initial letter that was sent to my client by your office and it appears
that: 1] your letter on  its face  violates the Fair Debt Collection Practice Act; 2] your office
regularly conducts and is involved in the collection of consumer debts through the U.S. Mail
services; 3] the letter that was sent to Ms. Pierre appears to be a form letter that your office
regularly uses to collect consumer debts; and 4] apparently you are hired by many health care
providers [especially Radiology groups] to collect their consumer debts..

   We are considering filing a class action suit against you and TeleRecovery for your
violations of the FDCPA.  Your failure to respond to our inquiry will be taken as an admission of
all of the facts stated above [1 through 4]; and suit will be immediately filed against your firm
and TeleRecovery..

      If you have any questions or have not received the complete transmission, please contact
My office at the numbers above.

      This entire Facsimile Transmission may contain confidential information belonging to the sender which is
governed by the Louisiana Privacy Statutes. The information is intended for the addressee named above.  If you are
not the named addressee, you are hereby notified that any disclosure, copying, distribution or the taking of any action
in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error,
please contact us immediately in order to arrange for the return of the documents.

*C-1*

# HP LaserJet *3200*

hp
invent ®

HP LASERJET 3200

NOV-3-2004    2:55PM

## Fax Activity Log

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 693 | 11/ 3/2004 | 2:54:15PM | Send | 15044551565 | 1:07 | 1 | OK |

# STANLEY C. KOTTEMANN, JR. & ASSOCIATES
### *A Professional Law Corporation*
3800 FLORIDA AVENUE, SUITE 201
KENNER, LOUISIANA 70065
TELEPHONE (504) 456-1491
FAX (504) 455-1565

STANLEY C KOTTEMANN JR *

*Also admitted in Texas

November 4, 2004

**Via Fax Only: 985-542-2697  3 Pages**

Mr. Michael B. Forbes
Attorney at Law
Worker's Compensation Legal Clinic of Louisiana
806 E. Morris Ave., Hammond, LA 70403

**Via Fax Only: 504-488-5174  3 pages**

Mr. Joseph G. Able
Attorney at Law
P. O Box 19966
New Orleans, LA 70179

RE: Crystal Pierre

Gentlemen:

  Our firm represents Data Service Radiology pertaining to an account owed to them.

  First I need to formally clean up who is representing Ms. Pierre as we have received letters from both Mr. Michael Forbes and Mr. Joseph Able with similar dates that claim representation with respect to this account. Please clarify this representation matter by letter as soon as possible.

  Additionally, both Mr. Forbes and Mr. Able have stated that this is a worker's compensation issue that should have been paid by the worker's compensation carrier. It is our understanding, the worker's compensation carrier has consistently denied coverage. We have learned that right from the start in 2003, worker's compensation coverage was denied. Additionally our client received the two attached "Explanation of Review" documents from Bunch & Associates dated 9-7-04 and 9-13-04 that also disallowed coverage. These reviews were issued in response to our clients' request to have the medical services rendered to Ms. Crystal Pierre, covered by the worker's compensation carrier. My question to you is there another worker's compensation carrier involved or is there multiple workers' compensation claims?  Please advise as to why you believe there is still worker's compensation coverage.

Please write me as to the present representation issue and also clarify the insurance coverage issue.

Sincerely,

Stanley C. Kottemann, Jr.
Attorney
SCK/jh

"C-3"

THIS IS AN ATTEMPT TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
THIS COMMUNICATION IS FROM A DEBT COLLECTOR

# JOSEPH G. ALBE

## ATTORNEY AT LAW

P. O. Box 19966, New Orleans, Louisiana 70179 *(Mailing Address)*
Louisiana Tel:   (504) 488-5177, Fax: (504) 488-5174
Mississippi Tel: (228 ) 467-6211, Fax  (228) 467-6270
Licensed in Louisiana & Mississippi

### Fax Memo:

To::       Stanley C. Kottemann                   Date:   11/5/04

Fax#:      504-455-1565                           Pages:  1      (including cover sheet)

From:      Joseph G. Albe

Subject:   Crystal Pierre

COMMENTS:

     As far as you are concerned I am the attorney representing Ms. Pierre; and I have advised you that she does not owe the debt and you are to cease collection activities against her.  I am still waiting for your response to my inquiry in my 11/3/04 fax to you.  If I fail to receive your response by Monday, November 8, 2004 I will be filing suit against your firm and TeleRecovery in the Federal Court in New Orleans.

cc:    Michael Forbes

     If you have any questions or have not received the complete transmission, please contact My office at the numbers above.

     This entire Facsimile Transmission may contain confidential information belonging to the sender which is governed by the Louisiana Privacy Statutes.  The information is intended for the addressee named above.  If you are not the named addressee, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately in order to arrange for the return of the documents.

*C - 4*

## STANLEY C. KOTTEMANN, JR. & ASSOCIATES

*A Professional Law Corporation*
3800 FLORIDA AVENUE, SUITE 201
KENNER, LOUISIANA 70065
TELEPHONE (504) 456-1491
FAX (504) 455-1565

STANLEY C KOTTEMANN, JR *

*Also admitted in Texas

November 8, 2004

**Via Fax Only: 504-488-5174  5 pages**

Mr. Joseph G. Able
Attorney at Law
P. O Box 19966
New Orleans, LA 70179

RE: Crystal Pierre

Dear Mr. Able:

　　In response to your fax dated November 5, 2004, attached please find additional verification in regards to the debt owed to our client Data Service Radiology.

　　Please contact me at my office or on my cellular phone 504-908-6080, if I can be of any further assistance or provide any additional information.

Sincerely,

Stanley C. Kottemann, Jr.
Attorney

SCK/jh

THIS IS AN ATTEMPT TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE
THIS COMMUNICATION IS FROM A DEBT COLLECTOR

F:\Data\word documents\Legal\Legal Cases - Current\Pierre, Crystal\Ltr to Attys-11-08-04.doc

$C - S$

## Louisiana Secretary of State
## Unofficial Detail Record

Charter/Organization ID: 34605372D

Name: STANLEY CHRISTIAN KOTTEMANN, JR. & ASSOCIATES, A PROFESSIONAL LAW CORPORATION

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing

2005 Annual Report is required at this time    **Print Annual Report Form For Filing**

Domicile Address: 3800 FLORIDA AVE., STE. 201, KENNER, LA 70065

Incorporated: 01/12/1998

Registered Agent (Appointed 1/12/1998): STANLEY CHRISTIAN KOTTEMANN, JR., 3800 FLORIDA AVE., STE. 201, KENNER, LA 70065

President: STANLEY CHRISTIAN KOTTEMANN, JR.

Director: STANLEY CHRISTIAN KOTTEMANN, JR.

**New Search | Index**

# Louisiana Secretary of State
## Unofficial Trade Name Detail Record

Type(s) Registered: SERVICE MARK

Registered Name: TELERECOVERY

Applicant: TELERECOVERY OF LOUISIANA, INC., 3800 FLORIDA AVE., KENNER, LA 70065-0000

Current Status: ACTIVE

Type of Business: DEBT RECOVERY AND COLLECTION AGENCY

Classes: 36 00 00 00 00 00 00 00 00 00

First Used: 04/21/1989

First Used in LA: 04/21/1989

Reg. Date: 09/26/2001

Exp. Date: 09/26/2011

New Search | Index

# Louisiana Secretary of State
## Unofficial Detail Record

Charter/Organization ID: 35318205K

Name: TELERECOVERY OF KENNER, L.L.C.

Type Entity: Limited Liability Company

Status: Active

Annual Report Status: In Good Standing

Domicile Address: 3800 FLORIDA AVE., STE. 203, KENNER, LA 70065

Organized: 08/08/2002

Registered Agent (Appointed 8/28/2002): DOLLYE M. ZEZULKA, 3800 FLORIDA AVE., STE. 203, KENNER, LA 70065

Member or Manager: DOLLYE ZEZULKA

Amendments on File
DOMESTIC LLC AGENT/DOMICILE CHANGE (08/28/2002)

New Search | Index

# Louisiana Secretary of State
## Unofficial Detail Record

Charter/Organization ID: 34437858D

Name: PARASOL BUSINESS SERVICES, INC.

Prior Name: TELERECOVERY OF LOUISIANA, INC. ( 9/15/2002)

Type Entity: Business Corporation

Status: Active

Annual Report Status: In Good Standing

Domicile Address: 3800 FLORIDA AVE., STE. 202, KENNER, LA 70065

Incorporated: 06/23/1993

Registered Agent (Appointed 9/18/2002): DOLLYE M. ZEZULKA, 3800 FLORIDA AVE., STE. 202, KENNER, LA 70065

Director: KENNETH H. ZEZULKA

Amendments on File
DOMICLE, AGENT CHG OR RESIGN OF AGT (09/18/2002)
NAME CHANGE (09/15/2002)
DOMICLE, AGENT CHG OR RESIGN OF AGT (01/25/2000)

New Search | Index