IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAR -2  PM 1: 54
LORETTA G. WHYTE
CLERK

CRYSTAL PIERRE                                                              PLAINTIFF

VERSUS                                                    CIVIL ACTION NO. 04-3464
                                                          SECT. T, MAG. 2
STANLEY C. KOTTEMANN,
INDIVIDUALLY & AS PRESIDENT OF
STANLEY C. KOTTEMANN, JR. &
ASSOCIATES, A PLC, TELERECOVERY
OF LOUISIANA, INC., TELERECOVERY
OF KENNER, LLC, PARASOL
BUSINESS SERVICES, INC., d/b/a
TELERECOVERY OF LOUISIANA, INC.,
AND WANDA JACKSON                                                         DEFENDANTS

*************************************************************************

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

COME NOW, Defendants, Stanley C. Kottemann, Individually and as President of Stanley C. Kottemann, Jr. & Associates, PLC, Telerecovery of Louisiana, Inc., Telerecovery of Kenner, LLC, Parasol Business Services, Inc., d/b/a Telerecovery of Louisiana, Inc., and Wanda Jackson and respond to the Complaint of Crystal Pierre as follows:

### FIRST DEFENSE

1.    Defendants object to the sufficiency of service of the summons and complaint herein, as some was made upon an individual who isn't the registered agent for any of the named defendants herein.

### SECOND DEFENSE

2.    The alleged debt is not a debt as defined in 15 U.S.C., § 1692, et seq., of the Fair Debt

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Collection Practices Act (FDCPA).

## THIRD DEFENSE

3.   The Louisiana Office of Workers' Compensation has exclusive jurisdiction over matters arising out of an injury sustained by any employee while in the course and scope of employment.

## FOURTH DEFENSE

AND NOW, Defendants Answer the Plaintiff's Complaint, by plaintiff, as follows:

1.   Defendants are without sufficient knowledge or information to admit or deny the averments as stated in section I of the Complaint but denies any liability for the alleged violation of the Fair Debt Collection Practices Act.

II.   Defendants are without sufficient knowledge or information to admit or deny the averments as stated in section II of the Complaint but denies any liability for the alleged violation of the Fair Debt Collection Practices Act.

III.   Defendants are without sufficient knowledge or information to admit or deny the averments as stated in erroneously numbered section IV of the Complaint. Accordingly, Defendant denies all remaining averments as stated in the erroneously numbered section IV of the Complaint to the extent those claims suggest liability on the part of Defendants. Defendants reserve the right to amend their answer, if necessary, upon a complete review of facts underlying the allegations of erroneously numbered section IV.

IV.   Defendants are without sufficient knowledge or information to admit or deny the

averments as stated in paragraph IV, subsection 1,2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15 and 16 of the complaint, but deny any liability for violation of the Fair Debt Collection Practices Act. Defendants further deny that claimant is entitled to damages, attorney's fees costs, or interest.

V. Defendants are without sufficient knowledge or information to admit or deny the averments as stated in paragraph V, subsection (a), (b), (c), (d), (e) and (f) of the complaint, but deny any violation of the Fair Debt Collection Practices Act. Defendants further deny that claimant is entitled to damages, attorney's fees, costs, or interest.

VI. Defendants are without sufficient knowledge or information to admit or deny the averments as stated in paragraph VI, subsection (a), (b), (c), and (d) of the complaint, but deny liability for violation of the Fair Debt Collection Practices Act. Defendants further deny that claimant is entitled to damages, attorney's fees, costs, or interest.

## FIFTH DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SIXTH DEFENSE

Defendants affirmatively plead that Plaintiff has not suffered any actual damages as a result of the alleged acts and/or omissions of Defendants.

## SEVENTH DEFENSE

Some or all of Plaintiff's claims are barred by the applicable statute of limitations.

## EIGHTH DEFENSE

Defendants affirmatively plead that it did not commit any act or omission constituting an actionable violation of the Fair Debt Collection Practices Act.

## NINTH DEFENSE

At all times, Defendants acted in good faith and without malice or intent to injure Plaintiff.

## TENTH DEFENSE

Plaintiff has failed to mitigate her damages.

## ELEVENTH DEFENSE

Defendants affirmatively plead that they did not commit an act or omission constituting an actual violation of the Fair Debt Collection Practices Act. However, in the event Defendants are mistaken, Defendants assert the bona fide error defense.

WHEREFORE, Defendants, Stanley C. Kottemann, Individually and as President of Stanley C. Kottemann, Jr. & Associates, PLC, Telerecovery of Louisiana, Inc., Telerecovery of Kenner, LLC, Parasol Business Services, Inc., d/b/a Telerecovery of Louisiana, Inc., and Wanda Jackson pray that this answer be deemed good and sufficient and that after all legal proceedings, there be judgement in favor of defendants dismissing plaintiff's demands at plaintiff's costs and that all costs, attorney's fees and for other relief to which they are justly entitled.

Respectfully submitted,

KEOGH, COX & WILSON, LTD.

BY: _____
JONATHAN HOLLOWAY, SR./T.A. (26340)
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Fax: (225) 383-3796
***Local Counsel for Defendants Stanley C. Kottemann, Individually and as President of Stanley C. Kottemann, Jr. & Associates, PLC, Telerecovery of Louisiana, Inc., Telerecovery of Kenner, LLC, Parasol Business Services, Inc., a/k/a Telerecovery of Louisiana, Inc.***

BRYANT, DUKES & BLAKESLEE
Willaim V. Westbrook, III
2223 14th Street
P.O. Box 10
Gulfport, MS 39502-0010
Telephone: (228) 863-6101
Facsimile: (228) 868-9077
***Attorneys for Defendants Stanley C. Kottemann, Individually and as President of Stanley C. Kottemann, Jr. & Associates, PLC, Telerecovery of Louisiana, Inc., Telerecovery of Kenner, LLC, Parasol Business Services, Inc., a/k/a Telerecovery of Louisiana, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was delivered to all parties of record on the __28TH__ day of __February__, 2005.

Joseph C. Albe
P.O. Box 19966
New Orleans, LA  70179

_____
JONATHAN HOLLOWAY, SR.